# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES DANIEL GLENN WALTON**  **PLAINTIFF**
**ADC #553219**

v.  No: 4:20-cv-00108 JM-PSH

**RAYMOND OLENDER,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 27th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE